UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

_____

Michael Springfield,

             Plaintiff,

v.

Medical Business Bureau, LLC; and DOES 1-10, inclusive,

             Defendants.
_____

Civil Action No.:  3:13-cv-00429-CRS

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Medical Business Bureau, LLC, with prejudice and without costs to any party.

| Plaintiff, Michael Springfield | Defendant, Medical Business Bureau, LLC |
|---|---|
| ___/s/ Joseph E. Blandford, Jr._____ | _/s/ Paul J. Bishop_____ |
| Joseph E. Blandford, Jr., Esq. | Paul J. Bishop, Esq. |
| 1387 S. Fourth Street | Phillips Parker Orberson & Arnett, PLC |
| Louisville, KY 40208 | 716 West Main Street, Suite 300 |
| Tel: (855) 301-2100 | Louisville, KY 40202 |
| Email: jblandford@lemberglaw.com | Tel: (502) 583-9900 |
| *Of Counsel To:* | Email: pbishop@ppoalaw.com |
| Lemberg Law, LLC | |
| 1100 Summer Street, 3rd Floor | |
| Stamford, CT 06905 | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Kentucky Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By /s/ Joseph E. Blandford, Jr.
                                              Joseph E. Blandford, Jr.